```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 03707
    TIANA J TURNER
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-5456


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/02/2007 and was confirmed 10/04/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   5.00%.

      The case was dismissed after confirmation 07/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
ACC INTERNATIONAL          UNSECURED      NOT FILED            .00           .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00           .00
AMEX                       UNSECURED      NOT FILED            .00           .00
AT&T                       UNSECURED          91.15            .00           .00
CENTRIX RESOURCE SYSTEM    UNSECURED      NOT FILED            .00           .00
AFFIRMATIVE INSURANCE      UNSECURED      NOT FILED            .00           .00
COMCAST CABLE C            UNSECURED      NOT FILED            .00           .00
T-MOBILE USA               UNSECURED         574.94            .00           .00
CURRANZA REALITY           UNSECURED      NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED            .00           .00
RESURRECTION HEALTH CARE   UNSECURED      NOT FILED            .00           .00
REVENUE PRODUCTION MGT     UNSECURED      NOT FILED            .00           .00
COUNTRY CLUB HILLS         UNSECURED      NOT FILED            .00           .00
COUNTRY CLUB HILLS         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD        UNSECURED      NOT FILED            .00           .00
VILLAGE OF FOREST PARK     UNSECURED        5300.00            .00           .00
RMI/MCSI                   UNSECURED      NOT FILED            .00           .00
RMI/MCSI                   UNSECURED      NOT FILED            .00           .00
RMI/MCSI                   UNSECURED      NOT FILED            .00           .00
RMI/MCSI                   UNSECURED      NOT FILED            .00           .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED            .00           .00
LITTLE COMPANY OF MARY H   UNSECURED      NOT FILED            .00           .00
SIR FINANCE                UNSECURED        1563.00            .00           .00
ILLINOIS TOLLWAY           UNSECURED      NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED            .00           .00
UNITED COLLECTION BUREAU   UNSECURED         815.00            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 03707 TIANA J TURNER
```

```
WEST SIDE EMERGENCY PHYS  UNSECURED        NOT FILED                 .00           .00
WEST SIDE EMERGENCY PHYS  UNSECURED        NOT FILED                 .00           .00
UNITED COLLECTIONS        UNSECURED        NOT FILED                 .00           .00
UNITED FINANCIAL SERVICE  UNSECURED           400.00                 .00           .00
USA PAYDAY LOANS          UNSECURED        NOT FILED                 .00           .00
VILLAGE OF OAK PARK       UNSECURED        NOT FILED                 .00           .00
WEST SIDE EMERGENCY PHYS  UNSECURED        NOT FILED                 .00           .00
WEST SUBURBAN HEALTH CAR  UNSECURED        NOT FILED                 .00           .00
WEST SIDE PATHOLOGY ASSO  UNSECURED        NOT FILED                 .00           .00
CITY OF CHICAGO PARKING   UNSECURED           700.00                 .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,464.00                             794.05
TOM VAUGHN                TRUSTEE                                                 57.45
DEBTOR REFUND             REFUND                                                    .00
```

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                     851.50

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                     794.05
TRUSTEE COMPENSATION                                57.45
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                      851.50                 851.50

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
           CASE NO. 07 B 03707 TIANA J TURNER